■ In the Matter of TONY WILLIAMS, Petitioner, v DONALD VENETTOZZI, as Acting Director of Special Housing and Inmate Disciplinary Programs, Respondent. [33 NYS3d 774]—Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Albany County) to review a determination of the Commissioner of Corrections and Community Supervision finding petitioner guilty of violating a prison disciplinary rule.

Petitioner commenced this CPLR article 78 proceeding challenging a prison disciplinary determination. The Attorney General has advised this Court that the determination has been administratively reversed, all references thereto have been expunged from petitioner's institutional record and the mandatory $5 surcharge has been refunded to petitioner's inmate account. In view of this, petitioner has received all of the relief to which he is entitled and the petition must be dismissed as moot (*see Matter of Vail v Bedard*, 136 AD3d 1096 [2016]; *Matter of Kagan v Lewin*, 134 AD3d 1386 [2015]).

Peters, P.J., Garry, Lynch, Devine and Aarons, JJ., concur. Adjudged that the petition is dismissed, as moot, without costs.